1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail _steven.rosales@rohlfing.com
5
   Attorneys for Plaintiff  MICHAEL J. CLAMP
6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **EASTERN DISTRICT OF CALIFORNIA**
9
                              **FRESNO DIVISION**
10

11
   | MICHAEL J. CLAMP, | ) | Case No.: 1:16-cv-00248-GSA |
   |---|---|---|
   | Plaintiff, | ) ) | STIPULATION TO EXTEND BRIEFING SCHEDULE |
   | vs. | ) ) | |
   | CAROLYN COLVIN, Acting Commissioner of Social Security, | ) ) ) ) | |
   | Defendant | ) ) | |

18
        Plaintiff Michael J. Clamp ("Plaintiff") and defendant Carolyn Colvin,
19
   Acting Commissioner of Social Security ("Defendant"), through their undersigned
20
   counsel of record, hereby stipulate, subject to approval of the Court, to extend the
21
   time for Plaintiff to file Plaintiff's Opening Brief to December 15, 2016; and that
22
   Defendant shall have until January 16, 2017, to file her opposition, if any is
23
   forthcoming.  Any reply by plaintiff will be due January 31, 2017.
24

25

26

1   An extension of time for plaintiff is needed in order to properly address the
2   issues within the administrative record in this matter.  Counsel sincerely apologizes
3   to the court for any inconvenience this may have had upon it or its staff.

4

5   DATE: November 3, 2016          Respectfully submitted,

6                                   LAW OFFICES OF LAWRENCE D. ROHLFING

7                                        /s/ *Steven G. Rosales*
                                    BY: _____
8                                   Steven G. Rosales
                                    Attorney for plaintiff MICHAEL J. CLAMP
9

10  DATED:  November 3, 2016        BENJAMIN WAGNER
                                    United States Attorney
11

12

13                                  */s/ *Chantal R. Jenkins*

14                                  _____
                                    Chantal R. Jenkins
15                                  Special Assistant United States Attorney
                                    Attorney for Defendant
16                                  [*Via email authorization]

17

18

19

20

21

22

23

24

25

26

**ORDER**

Pursuant to the above stipulation (Doc. 15), IT IS HEREBY ORDERED that Plaintiff shall file his opening brief no later than **December 15, 2016**; Defendant shall file its opposition no later than **January 16, 2017**; and any optional reply shall be filed no later than **January 31, 2017**.  All other orders contained in the scheduling order issued on **February 23, 2016** (Doc. 5), remain in full force and effect.

IT IS SO ORDERED.

Dated:   **November 4, 2016**               **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE