Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfing.com

Attorneys for Plaintiff  MICHAEL J. CLAMP

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| MICHAEL J. CLAMP, | Case No.: 1:16-cv-00248-GSA |
| Plaintiff, | ORDER GRANTING STIPULATION TO EXTEND BRIEFING SCHEDULE NUNC PRO TUNC |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Michael J. Clamp ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to February 2, 2017; and that Defendant shall have until March 6, 2017, to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due March 21, 2017.

-1-

Counsel continues to require time to deal with his spouses' death and to assist his two elementary school age children return to a normal routine and deal with their loss.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: December 15, 2016          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff MICHAEL J. CLAMP

DATED:  December 15, 2016         BENJAMIN WAGNER
United States Attorney


*/s/ *Chantal R. Jenkins*
_____
Chantal R. Jenkins
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

# ORDER

Pursuant to the above stipulation of the parties (Doc. 17), Plaintiff shall file her opening brief no later than **February 2, 2017**.  Defendant shall file its opposition no later than **March 6, 2017**.  Any reply by plaintiff will be due **March 21, 2017.**  The Court extends its condolences to Plaintiff's counsel.

IT IS SO ORDERED.

Dated:   **December 16, 2016**              **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE