**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL J. CLAMP, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Commissioner of Social Security, <br><br> Defendant. | **16-cv-248 GSA** <br><br><br> **ORDER TO SHOW CAUSE** |

On February 22, 2016, Plaintiff filed a complaint requesting a review of the Commissioner's denial of disability benefits. (Doc. 1).  Pursuant to this Court's scheduling order issued on February 23, 2016, Plaintiff was required to file an opening brief no later than ninety-five days after the filing of the administrative record. (Doc. 5, pg. 2). The administrative record was filed on July 7, 2016. (Doc. 9).  The parties stipulated to several extensions of time for Plaintiff to file his opening brief which the Court has granted. (Doc. 10, 11,15, 16, 17 and 18). The most recent order issued on December 16, 2016 required that the Plaintiff file his opening brief no later than **February 2, 2017**. (Doc. 18). To date, no opening brief has been filed, and the parties have not stipulated to an additional extension.

1

Therefore, Plaintiff is ordered to show cause why sanctions should not be imposed for a failure to comply with this Court's order.   Plaintiff is ORDERED to file a written response to this Order to Show Cause WITHIN **ten (10)** days of the date of this Order.   Plaintiff should include any request for additional time to file the brief if needed in the response.

**Failure to respond to this Order to Show Cause within the time specified may result in monetary or other sanctions.**

IT IS SO ORDERED.

    Dated:   **February 15, 2017**                           **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE